10/27/2014

Ernisa Barnwell TM
P.O. Box 10428 Saint Petersburg, Florida 33733

EEOC
501F E Polk St, Tampa, FL 33602

**Good Day,**

This letter is enclosed with the questionnaire as a component to the formal complaint that I, Ernisa Barnwell am filing regarding discrimination that I experienced from Lynn Bittner who is an Employee at the City of Saint Petersburg during my time as a fee instructor contractor from April, 2014 until September 2014.

Answer to #5 page 2 of the complaint form

What happened to you that you believe was discriminatory?

On April 14th 2014 I was instructed to meet with Lynn Bittner who was newly placed in the Parks and Recreations office as a promotion directly from the newly elected Mayor Rick Kriseman. She was now in an office directly across from her husband Kevin Bittner who has worked on the administrative level of Parks and Recreations years before Lynn Bittner was promoted. When I met with Lynn she was extremely rude and disrespectful toward me. She instructed had instructed the Park director for Frank Pierce to do some background information on my school and me. I had been working this contract since June of 2011 and Lynn who was new to her role made it her business to continually state to me that I didn't know about my own area of expertise. She constantly used demonstrative tones meant for intimidation in her conversation toward me. On April 14th 2014 Lynn demanded that I take the Hebrew writing off of my flyer that advertises my Hair Braiding Starlets program. She made it clear to me if I did not part ways with the Hebrew writing on the flyer that she would hault the advertisement of the contracted fee class that had been in place for 3 years predating her promotion to her current position. Lynn consist  The contract was a good contract but she decided to put forth efforts to debunk and sabotage my contract and in turn waste finances and waste the energy and time I invested in obtaining and promoting this program. Lynn Bittner purposely made rhetoric of semantics into a practice as it related to me and my program promotion at the Parks a ploy of undercover harassment.  Because of Lynn Bittner's personal hate toward the Hebrew writing on my flyer, and her obvious hate toward woman of African descent, I explained to Lynn that the no other Recreation Administrator had ever requested such a ridiculous action be taken. Lynn could care less, she demonstrated a personal hatred toward the Hebrew writing and then made it a point to

Ernisa Barnwell TM

hold up the publication of the class until the week of enrollment. I then made her aware the time was not adequate to get the word out, and I would cancel the class for the summer session and start it up again for after school. I signed the new contract in August as the contract is up every year in September. Once again when I started the conversation about publicity Lynn continued in her rude obnoxious tone speaking to me as if I were somehow beneath her. I pointed out to her that I had come to the conclusion that she is a racist. As a retaliation for that statement my newly signed contract was cancelled, and the letter was sent to me by someone who was totally unrelated to the continual occurrences of abuse of power imposed by Lynn Bittner. The letter was sent to me by Lynn Gordon who had absolutely nothing to do with the constant threats and demands made to me by Lynn Bittner to remove the Hebrew writing from my flyer. I am led to believe that Lynn Gordon was utilized as the messenger to serve as a cover for Lynn Bittners misconduct because Lynn Gordon is an African American female.

   Furthermore Lynn Bittner misused her executive powers and attempted to create a preeminence of authority by creating rights of government for herself as it related to me and my program. African American woman contracting with the City of Saint Petersburg are in the lowest percentile in contrast to all other minority groups, and nationalities in general. I was also mysteriously arrested on the same date that I made the claim that Lynn Bittner is a racist.

The City of Saint Petersburg also does not have a Minority Business Enterprise. And especially as it relates to City of Saint Petersburg Parks and Recreations black female contractors are the lowest percentile, so it is for that reason that I have no comparison as it relates to fee instructor contractors. I was mysteriously arrested, by the City of Saint Petersburg Police, accosted to the pint that they chipped one of my teeth and I was released from the Pinellas County Jail fro Emergency Surgery.

None of the white fee instructors face this type of opposition.

As a witness I can submit the thread of emails between myself and Lynn Bittner from April 2014 until September 2014.


Lynn Bittner: Job Title Parks and Recreation Manager

ERNISA BARNWELL
Ernisa Barnwell TM

2

UCN: 522014MM022591XXXXMM

**FL0521400**

COMPLAINT/ARREST AFFIDAVIT – CIRCUIT/COUNTY COURT – PINELLAS COUNTY, FLORIDA

PAGE ONE OF __1__ Pages    See Supplemental for ☐ Additional Charges and/or ☐ Additional Co-Defendants

| OBTS # | REPORT # 2014057673 | DOCKET # 1608970 |
|---|---|---|

| Person ID 1650483 | SSN# 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 | |

Charge Description ☐ Felony ☑ Misdemeanor ☐ Warrant ☐ Traffic ☐ Ordinance | Traffic Citation # (if any) | Court Case #

Main Charge (if multiple charges) or Charge
RESISTING AN OFFICER; WITHOUT VIOLENCE (OBSTRUCTION) | | 14-22591-MM-1

| Defendant's Name (Last, First, Middle) | DOB | Sex | Race | Ht | Wt | Hair | Eyes | Skin |
|---|---|---|---|---|---|---|---|---|
| BARNWELL, ERNISA WALKER | 02/23/1977 | F | B | 503 | 160 | BLK | BRO | MED |

| Alias | DL # B654219775630 | State FL | Scars/Marks/Tattoos/Physical Features |
|---|---|---|---|

| Local Address (Street, City, State, Zip Code) 3700 9TH AV N ST. PETERSBURG FL 33713 | Telephone | Place of Birth NY | Citizenship USA |
|---|---|---|---|

| Permanent Address (Street, City, State, Zip Code) 3700 9TH AV N ST. PETERSBURG FL 33713 | Telephone | Employed by / School SELF |
|---|---|---|

| Weapon Seized Type ☐ Yes ☑ No | Indication of Drug Influence Y N UNK ☐ ☑ ☐ | Indication of Mental Health Issues Y N UNK ☐ ☑ ☐ | Indication of Alcohol Influence Y N UNK ☐ ☑ ☐ |
|---|---|---|---|

| Co-Defendant's Name (Last, First, Middle) | DOB | Sex | Race | In Custody ☐ Yes ☐ No ☐ Felony ☐ Misdemeanor |
|---|---|---|---|---|

| Co-Defendant's Name (Last, First, Middle) | DOB | Sex | Race | In Custody ☐ Yes ☐ No ☐ Felony ☐ Misdemeanor |
|---|---|---|---|---|

The undersigned swears that he/she has reasonable grounds to believe that the above named defendant on the __18__ day of __SEPTEMBER__ __2014__ at approximately __2:29__ PM , at __13TH AV N / 66TH ST N__ in Pinellas County did:

Unlawfully obstruct or oppose Ofc Brachna and Ofc D. Jones a duly and legally constituted law enforcement officer of the St. Petersburg Police Department while in the lawful execution of a legal duty, which consisted of affecting arrest without offering or doing violence to the person of the officer.

The def. actively tenced and braced her arms pulling away from officers and falling to the ground. The def. would tense her arms and not allow the arresting officers to place her into handcuffs.

Contrary to Florida Statute/Ordinance __843.02__

| ARREST DATE: 9/18/2014 | Time: 2:29 PM | Aggravation/Mitigation Factors | Bond Out Date | Time ☐ a.m. ☐ p.m. |
|---|---|---|---|---|
| Booking Officer: FIELDS, K 54822 | Amount of Bond 150 | | Medical Treatment to Victim? ☐ Yes ☑ No |
| Victim Notified of Advisory?  Yes  No | Injuries to Victim?  Yes  No | | |

The Court reviewed this complaint and finds there: ☑ is probable cause ☐ is not probable cause to detain defendant ☑ Bond Action, if any: ___ Received by Booking; 9/18/2014 6:31:47 PM
The probable cause determination is passed for: ☐ 24 Hrs ☐ 24 Hrs on showing of extraordinary circumstances

| If Additional Charge: ☐ Felony ☐ Misdemeanor ☐ Warrant ☐ Traffic ☐ Ordinance | Court Case # | Traffic Citation # (if any) |
|---|---|---|

Charge Description

The undersigned swears that he/she has reasonable grounds to believe that the above named defendant on the ___ day of ___ at approximately ___ , at ___ in Pinellas County did:

**FILED**

SEP 19 2014

KEN BURKE
CLERK CIRCUIT COURT

Contrary to Florida Statute/Ordinance ___

| ARREST DATE: ___ | Time: ___ | Aggravation/Mitigation Factors | Bond Out Date | Time ☐ a.m. ☐ p.m. |
|---|---|---|---|---|
| Booking Officer: ___ | Amount of Bond | | Medical Treatment to Victim? ☐ Yes ☐ No |
| Victim Notified of Advisory?  Yes  No | Injuries to Victim?  Yes  No | | |

The Court reviewed this complaint and finds there: ☐ is probable cause ☐ is not probable cause to detain defendant ☐ Bond Action, if any: ___
The probable cause determination is passed for: ☐ 24 Hrs ☐ 24 Hrs on showing of extraordinary circumstances

Pursuant to F.S. 92.525 and under penalty of perjury, I declare that I have read the foregoing document and that the facts in it are true.

| | DATE 09/18/2014 | OFFICER BRACHNA | REQUEST FOR INVESTIGATIVE COSTS, F.S. 938.27(1) | | |
|---|---|---|---|---|---|
| | | | HOURS X PAY RATE | OR | COST |
| | | | 1   25.00 | | $25.00 |

Declarant Signature

ST. PETERSBURG POLICE
Agency

| OFFICER SAMUEL BRACHNA 45801 | 03253314 | OTHER – Describe | | |
|---|---|---|---|---|
| Printed Name | Declarant ID# | Continuation sheet ☐ Yes ☐ No | TOTAL $ 25.00 |

COCR59 (Revised 01/2014)

427499   Copies to:

Court

CTC 14-22591-NM
1650423

Judge

Legal definition of
resisted
obstructed and/or
apposed

FILED
AUG 2 7 2015
KEN BURKE
CLERK OF CIRCUIT COURT

Thanks

the Jury

And does it include
intent

CIRCUIT/COUNTY COURT, PINELLAS COUNTY, FLORIDA
CRIMINAL DIVISION

UCN:
522014MM022591000APC

REF No.
14-22591-MM

STATE OF FLORIDA
VS.
ERNISA WALKER BARNWELL

OBSTRUCTING OR RESISTING OFFICER
WITHOUT VIOLENCE

We, the Jury, find as follows, as to the defendant in this case: (check only one)

( )     A.     The defendant is guilty of OBSTRUCTING OR
               RESISTING OFFICER WITHOUT VIOLENCE, as
               charged.

(√)     B.     The defendant is not guilty.

SO SAY WE ALL.

FOREPERSON OF JURY

GEORGIANA S. NEIDING
PRINT NAME OF FOREPERSON OF JURY

8/27/15
DATE

ICD-VERDICT FORM – ID 6440441

CIRCUIT/COUNTY COURT, PINELLAS COUNTY, FLORIDA
CRIMINAL DIVISION

UCN:
522014MM022591000APC

REF No.
14-22591-MM

STATE OF FLORIDA
VS.
ERNISA WALKER BARNWELL

OBSTRUCTING OR RESISTING OFFICER
WITHOUT VIOLENCE

We, the Jury, find as follows, as to the defendant in this case: (check only one)

( )   A.   The defendant is guilty of OBSTRUCTING OR
RESISTING OFFICER WITHOUT VIOLENCE, as
charged.

(✓)   B.   The defendant is not guilty.

SO SAY WE ALL.

_Sheuding_
FOREPERSON OF JURY

GEORGIANA S. NEIDING
PRINT NAME OF FOREPERSON OF JURY

8/27/15
DATE

CD-VERDICT FORM – ID 6440441

Patient: BARNWELL,ERNISA          Unit#:D000099192
Date: 09/18/14                 Acct#:D00195957657

)( **Reviewed nursing notes:** Yes
**Past Medical History:**
Reports: none.
**Home medications:**
**Reported Medications**
No Known Home Medications

**Allergies:**
**Coded Allergies:**
No Known Allergies (09/18/14)

**Smoking status 13 years/older:** Never Smoker

## Phys Exam-Trauma Minor/Fall
**Vital Signs**
First Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 100 | 09/18 1542 |
| B/P | 151/86 | 09/18 1542 |
| Temp | 98.8 | 09/18 1542 |
| Pulse | 95 | 09/18 1542 |
| Resp | 16 | 09/18 1542 |

Last Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 100 | 09/18 1542 |
| B/P | 151/86 | 09/18 1542 |
| Temp | 98.8 | 09/18 1542 |
| Pulse | 95 | 09/18 1542 |
| Resp | 16 | 09/18 1542 |

**Initial VS reviewed:** yes
**General:** alert, oriented X 3, no acute distress, well developed, well nourished, cooperative
**Respiratory/Chest:** no respiratory distress, breath sounds normal
**Cardiovascular:** regular rate and rhythm, normal heart sounds
**Abdomen:** soft, non-tender, no distention, normal bowel sounds
**Extremities:** 1
  **Extremity:**
  left shoulder, right shoulder
  **Assessment:** full range of motion, pulses equal, capillary refill normal, motor intact distally,
sensory intact distally, ABRASIONS TO POSTERIOR SHOULDERS BILATERALLY, FULL

PRINTED BY: UDP1698
DATE     10/3/2014

Patient: BARNWELL,ERNISA
Date: 09/18/14

Unit#:D000099192
Acct#:D00195957657

ROM
**Extremities: 2**
  **Extremity:**
  left lower leg
  **Assessment:** SMALL AREA OF ECCHYMOSIS ON LEFT LOWER LEG APPROX MID CALF
ON MEDIAL SIDE. FULL ROM.
**Neurologic:** alert, oriented X 3, normal speech, no motor deficits

## Image - Ears/Eyes/Mouth
**Mouth - Open Numbered**



1) TOOTH WITH ELLIS TYPE II AVULSION/ CHIP

## Disposition-Trauma Minor/Fall
**Clinical Impression:**
**Primary Impression:** Abrasions of multiple sites
**Secondary Impressions:** Chipped tooth
)( **Disposition:**
  **ESP-screened & discharged:** Yes
**Disposition time:** 1622
**Disposition date:** 09/18/14
**Vital signs:**
First Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 100 | 09/18 1542 |
| B/P | 151/86 | 09/18 1542 |

PRINTED BY: UDP1698
DATE      10/3/2014

Patient: BARNWELL,ERNISA                          Unit#:D000099192
Date: 09/18/14                                    Acct#:D00195957657

| Temp | 98.8 09/18 1542 |
|------|-----------------|
| Pulse | 95 09/18 1542 |
| Resp | 16 09/18 1542 |

Last Documented:

|          | Result | Date Time |
|----------|--------|-----------|
| Pulse Ox | 100 | 09/18 1542 |
| B/P | 151/86 | 09/18 1542 |
| Temp | 98.8 | 09/18 1542 |
| Pulse | 95 | 09/18 1542 |
| Resp | 16 | 09/18 1542 |

)( **All prior VS reviewed:** Yes
**Condition:** Stable
**Counseled patient/family re:** diagnosis, need for follow up, when to return to ER

Electronically Signed by  Anderson,Dennis Michael  MD on 09/18/14 at 1622

RPT #: 0918-0093
***END OF REPORT***

Page 4 of 4

PRINTED BY: UDP1698
DATE    10/3/2014

EDWARD WHITE HOSPITAL
2323 9th Avenue North
St. Petersburg, FL  33713

EMERGENCY ROOM DISCHARGE REPORT

PATIENT NAME: BARNWELL,ERNISA
ADMISSION DATE:

Current patient of record information for this document is:
ERNISA BARNWELL
PatID: D000099192  Age: 37
Acct#: D00195957657  DOB: 2/23/1977

Report including patient information as it appeared at the time this document
was generated and provided to the patient is as follows below.
----------------------------------------------------------------------------

ERNISA BARNWELL
PatID: D000099192  Age: 37
Acct#: D00195957657  DOB: 2/23/1977
Printed: 09/18/2014 4:14 PM
By: Dennis Anderson, MD

After Care Instructions
INSTRUCTIONS

PATIENT IS MEDICALLY CLEAR FOR TRANSPORT TO JAIL.


Instructions For: Road Rash

1. You have been diagnosed with an abrasion.

2. An abrasion is a scrape of the outer layers of the skin.  It is sometimes
   called "road rash."

3. Take old dressings off and put on a clean dry dressing every day.  If the
   dressing sticks to the wound, moisten it with water.  This lets it come off
   more easily.

4. Keep the wound clean and dry for the next 24 hours.  Avoid too much
   moisture.  You can wash the wound gently with soap and water.

5. Put a clean, dry bandage over the wound if necessary to protect the wound.

6. Put a thin layer of antibiotic ointment on the wound 2-3 times a day.  This
   should help prevent infection and make the scar that is left look better.

7. YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST
   EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:
      - Unusual redness or swelling.
      - Red streaks going up the arm or leg.
      - The wound smells bad or has a lot of drainage.

PATIENT NAME: BARNWELL,ERNISA                 ACCOUNT #: D00195957657


PRINTED BY: UDP1698
DATE    10/3/2014


BARNWELL, ERNISA              D000099192        D00195957657

   - Fever (temperature higher than 100.4:F / 38:C), chills, increasing pain
     and/or swelling.

Instructions For: Ellis II

1. You have been seen for your chipped tooth.

2. Your injury is an "Ellis II" fracture.

3. Each tooth is made up of three layers.  The layer that is on the outside is
   enamel.  It covers the exposed tooth.  It is the hardest substance in the
   body.  The middle layer is made of dentin.  The inner layer is pulp.  The
   pulp contains the blood supply and nerves.

4. An Ellis II fracture is a loss of enamel (the outer surface of the tooth).
   The dentin layer (the middle layer of the tooth) is exposed.

5. Some Ellis II fracture symptoms are visible loss of the enamel of the tooth
   and pain to hot and cold liquids.

6. Treatment is generally to protect the exposed portion of the tooth.  It is
   protected with a temporary covering.  This protects the nerve and blood
   vessels.  It also helps prevent infection.

7. The doctor may also prescribe oral (by mouth) antibiotics and pain medicine.

8. Follow up with a dentist right away.  This is VERY IMPORTANT.  Emergency
   Department or Urgent Care treatment is temporary.  It is only meant to
   stabilize and protect the tooth until you are seen right away by a dentist.

9. YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST
   EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:
   - Swelling of the face, neck and cheeks.
   - High fever (temperature higher than 100.4:F / 38:C), chills, vomiting,
     signs of dehydration.
   - Unable to swallow saliva or medicines.

10. Emergency and Urgent Care Doctors are not dentists.  Emergency Department
    or Urgent Care treatment IS NOT A SUBSTITUTE for treatment by a licensed
    dentist.  You need to follow-up with your dentist right away.  Also arrange
    to see a dentist on a regular basis.


FOLLOW UP

Follow up with Your own Dentist, , at or follow-up at Community Health clinic, ,
Phone:  in 2-3 days.  Call as soon as possible to arrange.


STATEMENT

I certify that I have received a copy of the above after-care instructions; that
these instructions have been explained to me; and that all of my questions
pertaining to these instructions have been answered in a satisfactory manner.

PATIENT NAME: BARNWELL,ERNISA                ACCOUNT #: D00195957657


                         PRINTED BY: UDP1698
                         DATE     10/3/2014


BARNWELL, ERNISA                    D000099192        D00195957657

Patient/Representative Signature: _____   Staff Signature:
_____   Date: 09/18/2014

DCI: 14091814113731

PATIENT NAME: BARNWELL,ERNISA          ACCOUNT #: D00195957657


PRINTED BY: UDP1698
DATE      10/3/2014

BARNWELL, ERNISA                    D000099192      D00195957657

Page: 2



Edward White Hospital
Emergency Department
2323 9th Avenue North
St. Petersburg, Florida 33713
727-323-1111

ERNISA BARNWELL
PatID: D000099192  Age: 37
Acct#: D00195957657  DOB: 2/23/1977
Printed: 09/18/2014 4:14 PM
By: Dennis Anderson, MD

4. An Ellis II fracture is a loss of enamel (the outer surface of the tooth).  The dentin layer (the middle layer of the tooth) is exposed.

5. Some Ellis II fracture symptoms are visible loss of the enamel of the tooth and pain to hot and cold liquids.

6. Treatment is generally to protect the exposed portion of the tooth.  It is protected with a temporary covering.  This protects the nerve and blood vessels.  It also helps prevent infection.

7. The doctor may also prescribe oral (by mouth) antibiotics and pain medicine.

8. Follow up with a dentist right away.  This is VERY IMPORTANT.  Emergency Department or Urgent Care treatment is temporary.  It is only meant to stabilize and protect the tooth until you are seen right away by a dentist.

9. YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:
   - Swelling of the face, neck and cheeks.
   - High fever (temperature higher than 100.4°F / 38°C), chills, vomiting, signs of dehydration.
   - Unable to swallow saliva or medicines.

10. Emergency and Urgent Care Doctors are not dentists.  Emergency Department or Urgent Care treatment IS NOT A SUBSTITUTE for treatment by a licensed dentist.  You need to follow-up with your dentist right away.  Also arrange to see a dentist on a regular basis.


FOLLOW UP

Follow up with Your own Dentist, , at or follow-up at Community Health clinic, , Phone:  in 2-3 days.  Call as soon as possible to arrange.


STATEMENT

I certify that I have received a copy of the above after-care instructions; that these instructions have been explained to me; and that all of my questions pertaining to these instructions have been answered in a satisfactory manner.

Patient/Representative Signature: _____  Staff Signature: _____ Date: 09/18/2014

*Devin Jones*
*of.*

PRINTED BY: UDP1698
DATE  10/3/2014  **MEDICAL RECORDS COPY**

DCI: 14091814113731

```
RUN DATE: 09/18/14            Edward White Hospital ·EDM **LIVE**              PAGE 1
RUN TIME: 1615                    Transition Record
RUN USER: DEDCEW
```

```
Patient: BARNWELL,ERNISA                     Age/Sex: 37/F        Acct No: D00195957657
ED Provider: Anderson,Dennis Michael, MD, ACT                    Unit No: D000099192
```

**General Data**

```
ED Physician: Anderson,Dennis Michael  MD, ACT      Arrival Date/Time: 09/18/14 - 1539
Practitioner:                                       Triage Date/Time:  09/18/14 - 1542
Nurse:                                              Date of Birth:  02/23/1977
```

```
Stated Complaint: MEDICAL CLEARANCE FOR JAIL - MOUTH AND ARM PAIN
Chief Complaint: Non-Urgent General Focus          Priorty: 5
```

### No Tests or Procedures were performed during your visit today.

### No Medications were administered during your visit today.

**PINS**

```
PRINTED BY: UDP1698
DATE     10/3/2014
```

```
EDWARD WHITE HOSPITAL (COCEW)
EMERGENCY PROVIDER REPORT
REPORT #: 0918-0093   REPORT STATUS: Signed
DATE: 09/18/14 TIME: 1616

PATIENT: BARNWELL,ERNISA              UNIT #: D000099192
ACCOUNT #: D00195957657               ROOM/BED:
AGE: 37        SEX: F                 PCP PHYS: No Primary or Family Physician
SERVICE DT: 09/18/14                  AUTHOR: Anderson,Dennis Michael  MD
REP SRV DT: 09/18/14        REP SRV TM: 1616
* ALL edits or amendments must be made on the electronic/computer document *
```

## HPI-Trauma Minor/Fall

### HPI
**Confirmed patient:** Yes
**Greet time:** 1546
**Complaint:** fall
**Source of history:** patient
**Timing - onset:** just prior to arrival
**Additional hpi notes:**
37 Y/O FEMALE BROUGHT BY POLICE FOR MEDICAL CLEARANCE. WAS TAKEN TO
GROUND AND HAS ABRASIONS ON SHOULDERS, BRUISE ON LEFT LEG AND CHIPPED
TOOTH.

## Risk Strat-Trauma Minor/Fall
### Glasgow Coma Score

| Glasgow Coma Score | Response | Value |
|---|---|---|
| Glasgow Eyes: | Eyes open spontaneously | 4 |
| Glasgow Speech: | Oriented | 5 |
| Glasgow Motor: | Obeys commands | 6 |
| Total | | 15 |

## Review of Systems
**Constitutional:**
Denies: fever, chills, generalized weakness.
**Skin:**
abrasion. DENIES: rash, redness.
**ENT:**
toothache.
**Neuro:**
Denies: headache, dizziness, generalized weakness, lightheaded.
**All systems reviewed & negative** except as marked.

## History-Medical/Family/Social

| Patient | Unit# | Service/Location | Status | Date | Account # |
|---|---|---|---|---|---|
| BARNWELL, ERNISA | D000099192 | EMERGENCY DEPARTMENT REG ER | | 09/18/14 | D00195957657 |

**PATIENT**
Soc Sec No    DOB    Age    Sex  MS    Race  Religion
XXX-XX-9037   02/23/77  37    F    S    B     CHRISTIAN
Address:    3200 9TH AVE N
            ST PETERSBURG, FL 33705
Home Ph: ESPLEFT          County: PINELLAS
Language: English

**PATIENT EMPLOYER**
BARADA ENTERPRISE INTER
2901 54TH AVE S
ST PETERSBURG, FL 33712
Work Phone: (877)272-3136
Occupation: CEO

**GUARANTOR**
BARNWELL, ERNISA          SS#: XXX-XX-9037
Address:
3200 9TH AVE N            ST PETERSBURG, FL 33705
Home Ph: ESPLEFT          County: PINELLAS
Relationship to Patient: SELF

**GUARANTOR EMPLOYER**
BARADA ENTERPRISE INTER
2901 54TH AVE S
ST PETERSBURG, FL 33712
Work Phone: (877)272-3136
Occupation: CEO

**PERSON TO NOTIFY**
NONE, PER PT

**NEXT OF KIN**
NONE, PER PT

**TEMPORARY ADDRESS**

. . FL 00000
Hm: (999)999-9999   Wk: (999)999-9999
Rel to Patient: OTHER RELATIONSHIP

. . FL 00000
Hm: (999)999-9999   Wk: (999)999-9999
Rel to Patient: OTHER RELATIONSHIP

Ph:
Note:

Thru:

**INSURANCE #1**
QMP LEFT OR REF
NOT APPLICABLE

Phone
Contact

**POLICY#** 112609037
Patient ID
Coverage #
Subscriber BARNWELL, ERNISA
Rel to PT  SELF
Eff.        to        Rel Y Assign Y
Group  -

**AUTHORIZATION**
Treat/Precert
Ins Verif       20140918
Pro Review      Not Required
Ins. Name -     QMP LEFT OR REF
Ins. Mnemonic QMPLEFT
Insured DOB    02/23/77

**INSURANCE #2**

Phone
Contact

**POLICY#**
Patient ID
Coverage #
Subscriber
Rel to Pt
Eff.        to        Rel   Assign
Group

**AUTHORIZATION**
Treat/Precert
Ins Verif
Pro Review
Ins. Name -
Ins. Mnemonic
Insured DOB

**INSURANCE #3**

Phone
Contact

**POLICY#**
Patient ID
Coverage #
Subscriber
Rel to Pt
Eff.        to        Rel   Assign
Group

**AUTHORIZATION**
Treat/Precert
Ins Verif
Pro review
Ins. Name -
Ins. Mnemonic
Insured DOB

**OCCURRENCES**
Code Type                           Date       Time
11   ONSET OF SYMPTOMS/ILLNESS      09/18/14

**CONDITIONS**
Code Type

**SPAN CODES**
Code      From      Thru
Code      From      Thru
Special Program

Last Hospitalization

Admission Comment
ND

Financial Class
99SELF

**PHYSICIANS**
Attending Physician      HCIS      Admitting Physician      HCIS      Emergency Room Physician      HCIS
                                                                      Anderson, Dennis Michael  MD    1672
Prim Care Physician      HCIS      Family Physician          HCIS      Other Physician
No Primary or Family Physician 7943                                    Self Referred

**ADMISSION/REGISTRATION**
Date      Time Source/Priority       Rm/Bed   Arrival   Principal Admitting Diagnosis/Reason for Visit      Admitted By
09/18/14 1539 NON HEALTHCARE FAC R /  POL      MEDICAL CLEARANCE FOR JAIL - MOUTH AND ARM PAIN    1RSDEY8275
         URGENT

Edward White Hospital
2323 9th Avenue North, St. Petersburg FL 33713  (727) 323-1111

EDF

09/18/14 1620 By 1RSDEY8275

Acct#



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER,** a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.

**1. Personal Information**

Last Name: Barnwell   First Name: Ernisa   MI: Walker

Street or Mailing Address: P.O. Box 10428   Apt Or Unit #:

City: St. Petersburg   County: Pinellas   State: Florida   ZIP: 33733

Phone Numbers: Home: ( )   Work: ( )

Cell: (813) 464-0322   Email Address: bardainfl@yahoo.com

Date of Birth: 2/23/1977   Sex: Male ☐ Female ☑   Do You Have a Disability? ☐ Yes ☑ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race? Please choose all that apply.   ☐ American Indian or Alaska Native   ☐ Asian   ☐ White

☑ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? Ethiopia

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: _____   Relationship: _____

Address: _____   City: _____   State: ____   Zip Code: ____

Home Phone: ( ) _____   Other Phone: ( ) _____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: City of Saint Petersburg

Address: P.O. Box 2842   County: Pinellas

City: Saint Petersburg   State: FL   Zip: 33731-2842   Phone: ( )

Type of Business: City Government   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: _____   Phone: _____

**Number of Employees in the Organization at All Locations:** Please Check (√) One

☐ Fewer Than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you can)   **Are you a Federal Employee?** ☐ Yes ☑ No

Date Hired: _____   Job Title At Hire: _____

Pay Rate When Hired: _____   Last or Current Pay Rate: _____

Job Title at Time of Alleged Discrimination: _____   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: _____

2

If Job Applicant, Date You Applied for Job _____     Job Title Applied For  *Fee Instructor*

**4.  What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race  ☑ Sex  ☐ Age  ☐ Disability  ☑ National Origin  ☐ Religion  ☑ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; choose which type(s) of genetic information is involved:

☐ i. genetic testing  ☐ ii. family medical history  ☐ iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify:  *Hebrew*

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain). _____

**5.  What happened to you that you believe was discriminatory?**  Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  Please attach additional pages if needed.

*(Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor)*

A) Date:                    Action:  *Asked me to remove the Hebrew writing from my flyer of which had previously been approved*

Name and Title of Person(s) Responsible:  *Lynn Bittner*

B) Date:                    Action:

Name and Title of Person(s) Responsible: _____

**6.  Why do you believe these actions were discriminatory? Please attach additional pages if needed.**

**7.  What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?**

**8. Describe who was in the same or similar situation as you and how they were treated.**  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| A.  Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
|  |  |  |

Description of Treatment

| B.  Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
|  |  |  |

Description of Treatment

3

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.

9.  Please check all that apply:

☐ Yes, I have a disability

☐ I do not have a disability now but I did have one

☒ No disability but the organization treats me as if I am disabled

10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?

Yes ☐   No ☒

If "Yes," what medication, medical equipment or other assistance do you use?

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?

Yes ☐   No ☐

If "YES", when did you ask? _____   How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)

Describe the changes or assistance that you asked for:

How did your employer respond to your request?

4

**13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| A. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| | | |

**What do you believe this person will tell us?**

| B. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| | | |

**What do you believe this person will tell us?**

**14. Have you filed a charge previously in this matter with EEOC or another agency?**   Yes ☐   No ☑

**15. If you have filed a complaint with another agency, provide name of agency and date of filing:**

**16. Have you sought help about this situation from a union, an attorney, or any other source?**   Yes ☐   No ☑
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

Box 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

Box 2  ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____   10/27/14
Signature                           Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a), 42 USC §2000ff-6.
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.
4. ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

Print Form



**City of St. Petersburg**

Post Office Box 2842
St. Petersburg, Florida 33731-2842
Channel 35 WSPF-TV
Telephone: 727 893-7171

October 16, 2014

Ernisa Barnwell
3700 9th Avenue North, #16A          3243 5th Avenue South
St. Petersburg, FL 33713             St. Petersburg, FL  33733

Re:    City of St. Petersburg Parks and Recreation Department Fee Instructor Contract

Dear Ms. Barnwell:

Your Fee Instructor Contract for the 2013-2014 contract year expired on August 31, 2014.  Your classes under the 2013-2014 contract year were to begin in June 2014.  During the period from June 2014 through August 31, 204, there were no students enrolled in your classes at Frank Pierce Recreation Center, Roberts Recreation Center, and the Thomas "Jet" Jackson Recreation Center (formerly Wildwood Recreation Center).

Your Fee Instructor Contract for the 2014-2015 contract year has been received by the Parks & Recreation Department, and while we appreciate your interest in being a Fee Instructor for the City of St. Petersburg, the City is exercising its option to terminate your 2014-2015 contract effective October 21, 2014.

Sincerely,

Lynn Gordon
Parks & Recreation Manager

/lg

Page 1 of 3


ST. Joseph's | Candler

Name: Ernisa Barnwell
Acct Num: J00080679756
Med Rec Num: F040168339
Location: 6 North-CH
6209
Primary Provider: Dampier,Leland R III
Date: 10/21/19

## Anemia

Anemia is a condition that occurs when your body does not have enough healthy red blood cells (RBCs). Your RBCs are the parts of your blood that carry oxygen throughout your body. A protein called hemoglobin allows your RBCs to absorb and release oxygen. Without enough RBCs or hemoglobin, your body doesn't get enough oxygen. Symptoms of anemia may then occur.

## Symptoms of anemia

Some people with anemia have no symptoms. But most people have symptoms that range from mild to severe. These can include:





- Tiredness (fatigue)
- Weakness
- Pale skin
- Shortness of breath
- Dizziness or fainting
- Rapid heartbeat
- Trouble doing normal amounts of activity
- Jaundice (yellowing of your eyes, skin, or mouth; dark urine)

## Causes of anemia

Anemia can occur when your body:

- Loses too much blood
- Does not make enough RBCs
- Destroys your RBCs at a faster rate than it can replace them
- Does not make a normal amount of hemoglobin in your RBCs

These problems can occur for many reasons, including:

- A condition that you are born with (congenital or inherited). This includes sickle cell disease or thalassemia.
- Heavy bleeding for any reason, including injury, surgery, childbirth, or even heavy menstrual periods.
- Being low in certain nutrients, such as iron, folate, or vitamin B12. This may be due to poor diet. Also, a condition like celiac disease or Crohn's disease

St. Josephs/Candler Health Sys                                            Page: 1
Savannah, GA                      Health Information Access               Date: 10/27/19 13:47

Barnwell,Ernisa
 Fac: Candler Hospital                    Loc:6 North-CH           6209 Bed:C 609-0
 42 F 02/23/1977              Med Rec Num:F040168339               Visit:J00080679756
        Attending:Leland R Dampier III                            Reg Date:10/21/19
        Reason:fatigue dizzy

## *Patient Access to Health Information using an App*

Your health information can be accessed through applications such as a smartphone app. After creating
your patient portal account you will be able to link to other applications of your choice as they become
available.

If you are interested in using an application please call Information Services for additional information a
912-819-8580.

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To:  Ernisa W. Barnwell
P.O. Box 10428
Saint Petersburg, FL 33733

From:  Tampa Field Office
501 East Polk Street
Room 1000
Tampa, FL 33602

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 511-2015-00200 | ISAIAH RODRIGUEZ, Investigator | (813) 202-7919 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

Georgia M. Marchbanks,
Director

JAN 1 4 2015
*(Date Mailed)*

cc:

CITY OF SAINT PETERSBURG
Post Office Box 2842
Saint Petersburg, FL 33731

Enclosure with EEOC
Form 161 (11/09)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than** 2 years (3 years) **before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit **before 7/1/10** – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*